UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WACHOVIA BANK, N.A.,

    Plaintiff,

v.                         Case No. 8:09-cv-1329-T-33EAJ

RICHARD WARD HOEY, MARIE THERESA
HOEY, and RICHARD ADELARD HOEY,

    Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Wachovia Bank, N.A.'s Agreed Motion to Interplead Funds Into the Registry of the Court, Motion for Discharge and Motion for Attorneys' Fees and Costs (the "Motion" Doc. # 8), which was filed on August 26, 2009. For the reasons that follow, the Motion will be granted in part.

As stated in the Motion, Wachovia is a "disinterested stakeholder that claims no beneficial interest in the funds that are the subject of this action [$80,000]." (Doc. # 8 at ¶ 2). Wachovia seeks to transfer the funds into the Court's Registry because "there exist rival, adverse and conflicting claims between the Defendants" to the funds, and "Wachovia has been exposed to potential double or multiple liabilities" as to the funds. (Doc. # 8 at ¶¶ 3-4).

Wachovia also seeks an order deducting from the funds its

attorneys' fees and costs, which amount to $3,038.50. The Court will permit Wachovia to transfer the funds into the Registry of the Court and will dismiss Wachovia as a party after such funds have been so transferred; however, the Court needs more information before it can award fees and costs in the amount claimed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Wachovia Bank, N.A.'s Agreed Motion to Interplead Funds Into the Registry of the Court, Motion for Discharge and Motion for Attorneys' Fees and Costs (Doc. # 8) is **GRANTED IN PART AS FOLLOWS:**

    (A) Wachovia shall deposit the proceeds that are the subject of its Complaint (the "Disputed Amounts") into the Registry of the Court.

    (B) Wachovia shall be discharged from any and all liability or responsibility concerning the Disputed Amounts.

    (C) After Wachovia deposits the Disputed Amounts into the Registry of the Court, the Clerk is directed to dismiss Wachovia as a party to this action.

    (D) Final disposition as to the Disputed Amounts shall be determined by subsequent order of the Court.

(E) Wachovia shall file a separate motion for its attorneys' fees and costs containing analysis of the hours worked by its attorneys as well as the hourly rate charged by such attorneys.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of August, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record