UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WACHOVIA BANK, N.A.,

    Plaintiff,

v.                        Case No. 8:09-cv-1329-T-33EAJ

RICHARD WARD HOEY, MARIE THERESA
HOEY, and RICHARD ADELARD HOEY,

    Defendants.
_____/

## ORDER

This matter is before the Court pursuant to Wachovia Bank, N.A.'s Agreed Motion for Attorneys' Fees and Costs (the "Fee Motion" Doc. # 13), which was filed on September 11, 2009. For the reasons that follow, the Court will grant the Fee Motion.

## Analysis

On August 27, 2009, the Court granted in part Wachovia's Agreed Motion to Interplead Funds Into the Registry of the Court, Motion for Discharge, and Motion for Attorneys' Fees and Costs (Doc. ## 8, 9).[1] In its Order, the Court directed Wachovia to file a separate motion for its attorneys' fees and costs. (Doc. # 9 at 3).

On September 11, 2009, Wachovia filed the Fee Motion, in

---

[1] On September 14, 2009, pursuant to this Court's Order, Wachovia deposited $80,270.07 into the Registry of the Court. (Doc. # 9).

which it seeks $3,038.50 in attorneys' fees and costs. In support of the Fee Motion, Wachovia filed the affidavit of Amy S. Rubin, Esq., a partner of the Ruden McClosky law firm. (Doc. # 13 at 6-8).

Upon due consideration, the Court grants the Fee Motion. The attorneys' fees and costs requested are reasonable under the circumstances, and are due to be paid from the funds that Wachovia deposited into registry of the Court.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Wachovia Bank, N.A.'s Agreed Motion for Attorneys' Fees and Costs (Doc. # 13) is **GRANTED**.

(2) The Clerk is directed to issue a check payable to Wachovia Bank, N.A., in the amount of $3,038.50 from the proceeds on deposit with the Registry of the Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of September, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record